IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RALPH T. SPENCER, an individual
through his legal guardian Christie
Spencer

Plaintiff,

vs.

CASE NO.: 7:24-CV-00034-WLS

MULCH MANUFACTURING, INC., an
Ohio corporation; SUSTAINABLE
GREEN TEAM, LTD, a Delaware
Corporation; and Unknown Tenants.

## JOINT STIPULATION TO REMAND

Plaintiff, Ralph T. Spencer, by and through his legal guardian Christie Spencer, ("Spencer") and Defendants, Mulch Manufacturing, Inc. ("MMI") and Sustainable Green Team Limited ("SGTM") stipulate as follows:

1. On March 19, 2024, Spencer commenced an action in the Superior Court of Clinch County, Georgia entitled *Spencer v. Mulch Manufacturing, Inc., et al.*, Case No.: 24CV-046 ("State Court Action").

2. That same day, Spencer filed a Motion for Interlocutory Injunction and Emergency Hearing in the State Court Action. (Doc. 1-4). The Superior Court of Clinch County, Georgia set Spencer's Motion for Interlocutory Injunction and Emergency Hearing for emergency hearing on April 23, 2024.

3. On April 18, 2024, Defendants, MMI and SGTM, filed a Notice of Removal (Doc. 1) removing the action to this Court alleging diversity of citizenship under 28 U.S.C. § 1332.

4.  Following the Notice of Removal, counsel for Spencer conferred with counsel for SGTM and MMI regarding facts demonstrating that SGTM has a Florida principal place of business and that Spencer is a citizen of Florida.

5.  After that conferral, Spencer and MMI and SGTM agreed that, although SGMT is a Delaware corporation and maintains a corporate office in New York, diversity of citizenship under 28 U.S.C. § 1332 likely does not exist here; therefore, Spencer, MMI, and SGTM stipulate that the matter should be remanded back to the Superior Court of Clinch County, Georgia.

WHEREFORE, Spencer, MMI, and SGTM respectfully stipulate and request that the Court remand this action back to the Superior Court of Clinch County, Georgia.

Dated this 22nd day of April, 2024.

| MOORE, CLARKE, DUVALL & RODGERS, P.C. | BAKER & HOSTETLER LLP |
|---|---|
| /s/ James H. Edge<br>**JAMES H. EDGE**<br>Ga. Bar No.: 159048<br>**D. BRADLEY FOLSOM**<br>Ga. Bar No.: 267302<br>Post Office Drawer 71727<br>Albany, Georgia 31708-1727<br>T: 229-245-7823<br>E: jegde@mcdr-law.com<br>*Attorneys for the Defendants* | /s/ Kurt E. Lentz<br>**KURT E. LENTZ** (Bar No. 804355)<br>klentz@bakerlaw.com<br>**JARVARUS A. GRESHAM** (Bar No.873933)<br>jgresham@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1170 Peachtree Street NE<br>Suite 2400<br>Atlanta, Georgia 30309<br>*Attorneys for Plaintiff Ralph Spencer, an individual through his legal guardian, Christie Spencer* |

SO ORDERED this 22nd day of April, 2024

W. Louis Sands, Sr. Judge
United States District Court