IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RALPH T. SPENCER, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-34 (WLS) |
| | * |
| MULCH MANUFACTURING INC, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated April 22, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Clinch County, Georgia.

This 23rd day of April, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk